USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT CROCI,

Plaintiff,

-against-

ZOLL MEDICAL CORPORATION ET AL.,

Defendants.

24-cv-2137 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

Plaintiff Robert Croci, as Administrator of the Estate of Joann C. Croci, Deceased ("Plaintiff"), commenced this action against Defendants Zoll Medical Corporation and Zoll Services LLC ("Defendants"). On August 11, 2025, the Court granted Defendants' motion to dismiss the Complaint and dismissed Plaintiff's claims without prejudice. (ECF No. 34.) The Court granted Plaintiff leave to file an Amended Complaint by September 15, 2025, and advised Plaintiff that, if he failed to do so within the time allowed, the claims dismissed without prejudice would be deemed dismissed with prejudice. *Id.* Plaintiff did not file an Amended Complaint.

As a result, on August 4, 2026, the Court issued an Order directing Plaintiff to show cause, in writing, on or before September 1, 2026, why this action should not be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). (ECF No. 35.) The Court expressly warned Plaintiff that failure to comply with the Order would result in dismissal of this action for want of prosecution. *Id.* Plaintiff has not responded to the Court's Order to Show Cause.

"Dismissal for want of prosecution is a matter committed to the discretion of the trial judge." *Peart v. City of New York*, 992 F.2d 458, 461 (2d Cir. 1993) (internal quotation marks omitted). This discretion, however, "is conditioned by certain minimal requirements." *Id.* (internal

quotation marks omitted). In particular, the Court should consider: (1) the duration of plaintiff's failures; (2) whether plaintiff had received notice that further delays would result in dismissal; (3) whether defendant is likely to be prejudiced by further delay; (4) whether the district judge has carefully balanced the need to alleviate court calendar congestion and a party's right to due process; and (5) whether the court has assessed the efficacy of lesser sanctions. *Id.* (internal quotation marks omitted).

Plaintiff has failed to file an Amended Complaint and has likewise failed to respond to the Court's Order to Show Cause. Plaintiff has failed to comply with the Court's deadlines despite being expressly warned that failure to respond to the Order to Show Cause would result in dismissal, and no lesser sanction would be effective in light of Plaintiff's failure to respond. Accordingly, this action is hereby dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

Dated: September 16, 2026
White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE