**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------X

ROBERT CROCI,

Plaintiff,

-against-

24 **CIVIL** 2137 (NSR)

**JUDGMENT**

ZOLL MEDICAL CORPORATION ET AL.,

Defendants.

----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 16, 2026, the Court dismisses this action with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**Dated:** New York, New York

September 21, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** Nelson Duldl

**Deputy Clerk**